UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| HARRELL AND OWENS FARM, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 4:09-CV-217-FL |
| FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE, RISK MANAGEMENT AGENCY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; and, RAIN AND HAIL, LLC, | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's petition for judicial review of the final agency action of defendants Federal Crop Insurance Corporation and United States Department of Agriculture, Risk Management Agency and plaintiff's motion to vacate the arbitration award entered November 19, 2009.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered October 6, 2010 and March 23, 2011, for the reasons set forth more specifically therein, that the final agency decision of defendants Federal Crop Insurance Corporation and United States Department of Agriculture Risk Management Agency is upheld, plaintiff's motion to vacate the arbitration award is denied, and the arbitration award is confirmed. In accordance with the arbitration award, Harrell and Owens Farm is awarded the sum of $93,394.50, which has already been paid. Each party to the arbitration shall pay its own costs for arbitration, with the administrative filing and case service fees and fees and expenses of the arbitrator(s) to be borne equally. Other administrative fees incurred in arbitration shall be borne as incurred.

**This Judgment Filed and Entered on March 26, 2011, and Copies To:**

Charles E. Coble (via CM/ECF Notice of Electronic Filing)
Neal Fowler (via CM/ECF Notice of Electronic Filing)
Derek M. Crump (via CM/ECF Notice of Electronic Filing)


March 26, 2011                     DENNIS P. IAVARONE, CLERK
                                     /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk